# Exhibit A



2980 NE 207TH ST, SUITE #705
AVENTURA, FL 33180

**Payment by Check:**
**WATTUM MANAGEMENT INC.**
**2980 NE 207th Street, Suite #705,**
**Aventura, FL 33180, USA**

**Invoice # SD3899**

**BILL TO:**
Lou Cuello
First Argentine Mining Co.
165 Ponce de Leon Ave STE 201
San Juan, PR 00917
267-776-3870
cryptotruthbombs@gmail.com

**Invoice Date: 05-08-2023**

| Description | Qty | Unit Price | Subtotal |
|---|---|---|---|
| Bitmain Antminer S19J Pro+ 122TH | 635 | $1,573.80 USD | $1,573.80 USD |
| Deposit Paid on 4/18/2023 | 1 | $50,000 USD | -$50,000 USD |
| **Total Due:** | | | **$949,363.00 USD** |
| **PAID 05/08/2023** | | | **-$949,930.00 USD** |

*A refundable deposit of $50,000 as shown on invoice # SD3836 was paid via USDC on 4/18/2023. By completing this order, the customer reserves the right to purchase additional units for the same price per unit ($1,537.80) which will all count towards the total unit allocation for this order until all units are picked up.

Payment shall be made to WATTUM USDC wallet address listed below:

**USDC 0x0b6d3afc16D59a313cCCeE7691dfd159D1742AA9**

**TRANSACTION IDs:**

0x05372bca3949e3595c9d3af2e3d634856b1e438659f7f2198f4bad7ce7f51716

0xd68cdc72b691a59e8913b6ae93a1f963ba6f8472ce1e1f7efa22e5ba18735cf3

0x0f68bb21d0e51ffc75d71193fd289e62f09d0bd7ad524db4bbda37761b1726bf