# Exhibit B

# 形式发票

## Proforma Invoice

| 卖方<br>SELLER: | Chengduchenxiyu Technology Co. , Ltd.<br>Adress:Wanda B1 office building, Honggutan, Nanchang City, Jiangxi Province city,jiangxi province. | 发票编号<br>Invoice number：2023051101 |
|---|---|---|
| 买方<br>BUYER: | Wattum Management Inc.a Wyoming corporation<br>Wattum Management Inc.<br>34 N Franklin Ave, #687<br>Pinedale, WY 82941, USA | |

买卖双方同意以下条款达成交易：

This contract is made by and agreed between the Buyer and Seller, in accordance with the terms and conditions stipulated below.

| 1. 序号<br>Item No. | 2. 品名及规格<br>Commodity & Specification | 3. 数量<br>Quantity | 4. 单价及价格条款<br>Unit Pric Trade Terms （USDT） | 5. 金额<br>Amount（USDT） |
|---|---|---|---|---|
| 1 | Antiminer s19pro+ 120T Q2 Batch | 650 | 1392 | 904800 |
| Total: | | | | 904800（USDT） |

| 1. 总值<br>Total Value | $904800 |
|---|---|
| 2. 包装<br>Packing | Original packaging |
| 3. 收货地址<br>Shipping address | Client self pickup. |
| 4. 装运期限<br>Time of Shipment | ETA June ,actual date subject to Antiminer manufacturer's delivery time. |
| 5.运输方式<br>means of Transportation | TBA |
| 6. 装运港<br>Port of Loading | Malaysia/Indonisia |
| 7. 付款方式<br>Terms of Payment(USDT/USDC) | 0xa087633d71631b77c1c81a64d9f47a22f4999959   (ERC20) |
| 8. 备注<br>Remarks | Brand new stock with one year offcial warranty.<br>Deposit 35%:$316680 before 5/12/2023<br>Any compensation due to delay issue by Bitmian shall pass to the Wattum |

| The Buyer （Signature） | The Seller （Signature and stamp） |
|---|---|
| | Chengduchenxiyu Technology Co. , Ltd. |
| Date： 05/11/2023 | Date： 05/11/2023 |