# Exhibit C



2980 NE 207TH ST, SUITE #705
AVENTURA, FL 33180

To Whom It May Concern,

My name is Igor Kovalyshkin, and I am the acting Chief Revenue Officer here at Wattum. I have filed a cryptocurrency theft complaint/case with your department on behalf of our company on Friday the 29th of June, and I was told that the police report will be available within 3 days. I would like to request a copy of the police report/case number **23003191**. Please release the report as soon as possible as it is a time sensitive issue for us.

Thank You,
Igor Kovalyshkin

*IgorK*

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Aventura Police Department
**ORI:** FL0139100
**Case#:** 23-003191
**Date / Time Reported:** 06/29/2023 16:03 Thu
**Last Known Secure:** 05/22/2023 00:00 Mon
**At Found:** 06/22/2023 00:00 Thu
**Location of Incident:** 2980 NE 207TH ST, Aventura FL 33180
**Gang Relat:** NO
**Premise Type:** Commercial Office
**Beat/Tract:** 3

## Incident Data

| # | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Fraud Electronic / Computer / Wire  FEC | (Com) | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Entry | Exit | Security | |

**MO:**

## Victim

**# of Victims:** 1   **Type:** BUSINESS   **Injury:** None   **Domestic:** NO

| | Victim/Business Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | WATTUM MANAGEMENT INC | 1, | | | | | N/A | |

**Home Address:** 2980 NE 207TH ST - 205, Aventura, FL 33180-

## Others Involved

CODES: V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | KOVALYSHKIN, IGOR | | Age 36 | | M | | | |

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | GRUSHA, ARSENIY | | Age 34 | W | M | | | |

## Property

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 20 | 7 | 904,800.00 | | 1 | $904,800 OF CRYPTOCURRENCY | | |

**Officer/ID#:** RUDOLPH, M. T. (OPER, RP) (235)
**Outstanding Stolen Val [Total Stolen]:** $904,800.00 [$904,800.00]
**Invest ID#:** MARQUEZ, S. (SS, CIU) (281)
**Supervisor:** BERGERT, S. (OPER, RP) (162)
**Status / Complainant Signature:**
**Case Status:** Open   06/29/2023
**Case Disposition:**
**Page 1**

R_CS1IBR   Printed By: 908, RECORDS1   Sys#: 148432   07/03/2023 12:13

# Incident Report Additional Name List

*Aventura Police Department* | OCA: 23-003191

## Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | IO  2 | CHENGDUCHENXIYU, TECH CO LTD | | | | | |
| | Address | HONGGUTAN NANCHANG, JIANGXI PROVINCE, FF | | H: - - | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

**INCIDENT/INVESTIGATION REPORT**

*Aventura Police Department*

Case # *23-003191*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found |
|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers
*HELFNER, I.S. (258)*

Suspect Hate / Bias Motivated:

NARRATIVE

**REPORTING OFFICER NARRATIVE**

| Aventura Police Department | | OCA 23-003191 |
|---|---|---|
| Victim *WATTUM MANAGEMENT INC* | Offense *FRAUD ELECTRONIC / COMPUTER / WIRE* | Date / Time Reported *Thu 06/29/2023 16:03* |

On Thursday 06/29/2023 I was dispatched to 19200 West country Club Drive(Aventura Police Station) in reference to a report of fraud.

Upon arrival I met with Igor Kovalyshkin and Arseniy Grusha. Kovalyshkin(CRO) and Grusha(CFO) work for a company, Wattum Management Inc located at 2980 NE 207 street. Kovalyshkin advised that on May 22, 2023 he was contacted by their hired Sales agent, Shicun Bao(located in China). Shicun had procured 650 Antiminer s19pro+ 120T Q2 Batch for Wattum Management from Chenguchenxiyu Technology Co. Ltd located in the Jiangxi Province of China. In order to receive these items Wattum would be required to spend $904,800 dollars via cryptocurrency and would require a 35% down payment. After initially paying the down payment and paying additional installments, they completed their required amount of $904,800.

Upon completing the transaction, Wattum was notified by Bao that the vendor was no longer communicating and had not fulfilled the shipment. Multiple attempts have been made in contacting the business with negative results.

Wattum`s total loss in Cryptocurrency is $904,800.

Kovalyshkin completed the Cryptocurrency packet that was submitted. Attachment form was completed and submitted.

Case card was issued.

| Reporting Officer: *RUDOLPH, M. T.* R_CS3NC | Printed By: 908, RECORDS1   07/03/2023 12:13 | Page 4 |
|---|---|---|

**Incident Report Related Property List**

*Aventura Police Department*

OCA: *23-003191*

| 1 | Property Description | | Make | Model | Caliber |
|---|---|---|---|---|---|
| | *$904,800 OF CRYPTOCURRENCY* | | | | |

| Color | Serial No. | Value | Qty | Unit | Jurisdiction |
|---|---|---|---|---|---|
| | | *$904,800.00* | *1.000* | | *Locally* |

| Status | Date | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|
| *Stolen* | *05/22/2023* | | | | |

| Name (Last, First, Middle) | DOB | Age | Race | Sex |
|---|---|---|---|---|
| *Wattum Management Inc,* | | | | |

Notes

R_CS0IBR                            Printed By: 908, RECORDS1   07/03/2023 12:13                            Page 5