UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

    Defendants.

and

OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a
Binance

    Nominal Defendants
_____/

**PLAINTIFF'S NOTICE OF FILING SUMMONSES TO BE ISSUED TO DEFENDANTS**

    Plaintiff, Wattum Management, Inc., by and through its undersigned attorneys, hereby gives notice of filing the attached Summonses to be issued to Defendants.

Dated: April 10, 2024

    */s/ Alex L. Braunstein*
    Alex L. Braunstein, Esquire
    Florida Bar No. 98289
    Email: abraunstein@foxrothschild.com
    Fox Rothschild LLP
    777 S. Flagler Drive, Suite 1700
    West Palm Beach, FL 33401
    Tel: (561) 804-4497
    Attorneys for Wattum Management, Inc.

156589534.1