AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Wattum Management, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHENGDU CHENXIYU TECHNOLOGY CO., LTD a/k/a CHENGDUCHENXIYUTECHNOLOGY CO., LTD, DENG JIE, BAO CARL SHICUN and John Does 1-10 <br><br> *Defendant(s)* <br> OKX a/k/a OKEx; and Binance Holdings Ltd. a/k/a Binance <br> *Nominal Defendants* | Civil Action No. 1:24-cv-21052-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  OKX a/k/a OKEx
Victoria
Suite 202, 2nd Floor
Eden Plaza, Seychelles

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alex L. Braunstein, Esquire
Fox Rothschild LLP
777 S. Flagler Drive, Suite 1700
West Palm Beach, FL 33401
abraunstein@foxrothschild.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 04/10/2024

Angela E. Noble
Clerk of Court

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts