**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

      Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

      Defendants.

and

OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a
Binance

      Nominal Defendants
_____/

**DECLARATION OF IGOR KOVALYSHKIN**

I, IGOR KOVALYSHKIN, of full age, under oath, hereby declare as follows:

1.      I am currently a Chief Executive Officer ("CEO") of Wattum Management, Inc.

("Wattum"). At the time of the transaction giving rise to this litigation, I was Wattum's Chief

Revenue Officer ("CRO"). I am an adult, over 18 years of age, and am competent to testify in

this matter.  The facts stated herein are within my personal knowledge and are true and correct.

2.      I make this declaration in support of Wattum's Motion for Alternative Service

Upon Defendants and Nominal Defendants.

**A.      Communications with Carl**

3.      In the ordinary course of my duties as CRO of Wattum, I had numerous communications with Defendant Bao Carl Shicun ("Carl") on a number of different business transactions.

4.      Carl served as the broker for the transaction with Defendant Chengdu Chenxiyu Technology Co., Ltd. ("Chengdu") that gave rise to the need for this litigation (the " Chengdu Transaction").

5.      Carl also served in this capacity for a number of other transactions not relevant to this litigation.

6.      In connection with my business dealings with Carl, I have communicated with him through his email:  542920035@qq.com.  This email was included on a curriculum vitae that Carl forwarded to Wattum prior to working with us.  Wattum also entered into a contract with Carl which required notices to be sent to Carl via this email.

7.      In connection with my business dealings with Carl, I have also sent him text messages to his cell phone number: +86 18205709029.

8.      In my experience communicating with Carl, he regularly monitors his email and text messages.

9.      In connection with my business dealings with Carl, I have also communicated with him via the messaging platform Telegram.

10.      Telegram is frequently utilized as a method of communication in the cryptocurrency industry.

11.      In fact, prior to the Chengdu Transaction being effectuated, Carl and I communicated via Telegram.  These communications included, but were not limited to, communications prior to the transaction being effectuated in which Carl suggested using Chengdu as a vendor, brokered the deal, and facilitated payment from Wattum to Chengdu.

12.      Carl's Telegram Username is @payrollkill.  While I have not exchanged messages with him on Telegram since October 2023, I am still in possession of our chat history. Additionally, the Telegram platform states that Carl last used his Telegram account recently. Accordingly, Carl remains an active user and recently used his Telegram account.

13.      In my experience communicating with Carl via Telegram, he regularly monitors and responds to messages on the platform.

**B.      Communications with Jay**

14.      With respect to the Chengdu Transaction, I communicated with Defendant Deng Jie ("Jay"), who I believe is the owner of Chengdu.

15.      In connection with the Chengdu Transaction, I communicated with Jay primarily through WeChat.  In this regard, Aseniy Grusha, Wattum's Chief Financial Officer, and I communicated with Jay through WeChat in order to request a return of Wattum's funds or receipt of the BITMAIN Antminer s19pro+ 120TH ASIC miners at the center of the Chengdu Transaction.  Our communications with Jay on WeChat occurred from June 29, 2023 to November 8, 2023 (the date of the last communication received from Jay).

16.      Jay's WeChat username is CXYminer-Jay.  His username is still active on WeChat.

17.      In my experience communicating with Jay, he regularly monitors his WeChat and responds to messages.

18.     I declare under the penalty of perjury that the foregoing facts are true and correct.

**[SIGNATURE PAGE TO FOLLOW]**

5

_____

IGOR KOVALYSHKIN

Executed on May  14 , 2024