UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

    Defendants.

and

OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a
Binance

    Nominal Defendants
_____/

## DECLARATION OF ALEX L. BRAUNSTEIN

I, Alex L. Braunstein, pursuant to 28 U.S.C. § 1746, hereby make the following Declaration in support of Plaintiff Wattum Management, Inc.'s ("Wattum") Motion for Alternative Service pursuant to Fed. R. Civ. P. 403(f) (the "Motion") as follows:

    1.    I am an attorney with the law firm of Fox Rothschild LLP, counsel for Wattum in this action. I submit this Declaration support of Wattum's Motion.

    2.    Other than as expressly set forth herein, this declaration is made on personal knowledge.

3. Through Defendant Chengdu Chenxiyu Technology Co., Ltd. a/k/a Chengduchenxiyu Technology Co., Ltd.'s ("Chengdu") website www.btcbitcoinminer.com. I accessed Chengdu's "Contact Us" page.

4. The "Contact Us" page provides email, WeChat, and WhatsApp addresses through which users can contact Chengdu.  A screenshot of the pertinent portion of the "Contact Us" page is below:



5. On the website for Nominal Defendant Binance Holdings Ltd. a/k/a Binance ("Binance"), www.binance.com, I was able to locate the email address "inquiries@binance.us."

6. I also located a Form D filed with the Securities Exchange Commission ("SEC") by Binance affiliate BAM Management US Holdings Inc. ("BAM").  Attached as **Exhibit A** is a true and accurate copy of BAM's 2022 Form D.

7. According to the Form D, BAM has an address located at One Letterman Drive, Building C Suite C3-800 in San Francisco, California 94129.

8. On April 1, 2024, Binance announced three new board members including Bayview Acquisition Corp. Chief Executive Officer Xin Wang.  A screenshot of Ms. Wang's profile on Binance's website is below.



9. According to her profile, Ms. Wang is a former White and Case Attorney who received a Juris Doctorate from Boston University School of Law. The profile also states that Ms. Wang is "a qualified lawyer in the State of California and a Solicitor of England and Wales" and an "independent board member of Binance's Board of Directors."

10. According to the State Bar of California, Ms. Wang has an address of BHR, 3101 China Central Place, Tower 2, No. 79 Jianguo Rd, Beijing 100025, China. A screenshot of Ms. Wang's information on the State Bar of California's webpage is below.



3

Law School: Boston Univ SOL; Boston MA

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed:  May 17, 2024                                      */s/ Alex L. Braunstein*
                                                              Alex L. Braunstein