UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,
    Plaintiff,
v.
CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10
    Defendants.
and
OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a
Binance
    Nominal Defendants
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

THIS MATTER is before the Court upon Plaintiff's Motion for Alternative Service Upon Defendants and Nominal Defendant Binance Holdings, Ltd. and its Memorandum of Law in Support Thereof, filed on May 17, 2024 (D.E. 7) (the "Motion"). The Court, having reviewed the Motion and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Plaintiff may effectuate service of process on Defendants Chengdu Chenxiyu Technology Co., Ltd. a/k/a Chengduchenxiyu Technology Co., Ltd. and Deng Jie via email to the email address xiaoxiaojun2019@gmail.com, message to the WhatsApp account 8615992702367, and via message to WeChat accounts 8619980599845 and 8615992702367;

3. Plaintiff may effectuate service of process on Defendant Bao Carl Shicun via email to the email address 542920035@qq.com, text message to phone number +86 18205709029, and message to the Telegram account @payrollkill.

4. Plaintiff may effectuate service of process on Nominal Defendant Binance Holdings Ltd. a/k/a Binance via email to the email address inquiries@binance.us, International Registered Mail and Fed-Ex to Binance's headquarters located at George Town, 23 Lime Tree Bay Ave, Cayman Islands, process server upon Binance's United States-based affiliate BAM Management US Holdings Inc., and email, International Registered Mail, and Fed-Ex to Binance's Board Member Xin Wang.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ___ day of _____ 2024.

_____
HON. Darrin P. Gayles
United States District Judge

Copies Furnished To:
Counsel of Record