UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

    Defendants.
and

OKX a/k/a OKEx; an Binance Holdings Ltd.
a/k/a Binance

    Nominal Defendants
_____/

## CERTIFICATION OF ELY GOLDIN, ESQUIRE

Ely Goldin, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of Pennsylvania (Bar ID No.: 75937) and New Jersey (Bar ID No.: 030191995) as well as the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Third Circuit.; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                */s/ Ely Goldin*
                                                Ely Golding, Esq.