UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

    Defendants.
and

OKX a/k/a OKEx; an Binance Holdings Ltd.
a/k/aBinance

    Nominal Defendants
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Ely Goldin, Esquire, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Ely Goldin, Esquire, may appear and participate in this action on behalf of Wattum Management, Inc. The Clerk shall provide electronic notification of all

electronic filings to Ely Goldin, Esquire, at egoldin@foxrothschild.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
HON. DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record