UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

 Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

 Defendants.

and

OKX a/k/a OKEx; an Binance Holdings Ltd.
a/k/a Binance

 Nominal Defendants

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

 In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of D. Wesley Meehan, Esquire of the law firm of Fox Rothschild LLP, 980 Jolly Road, Suite 110, Blue Bell, PA 19422, 610-397-6500, for purposes of appearance as co-counsel on behalf of Wattum Management, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit D. Wesley Meehan, Esquire to receive electronic filings in this case, and in support thereof states as follows:

 1. D. Wesley Meehan, Esquire is not admitted to practice in the Southern District of

Florida and is a member in good standing of the Bars of Pennsylvania (Bar ID No.: 327704) and New Jersey (Bar ID No.: 321432020) as well as the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.

2. Movant, Alex L. Braunstein, Esquire ("Movant"), of the law firm of Fox Rothschild LLP, 777 S. Flagler Drive, Suite 1700 West Tower, West Palm Beach, FL 33401, 561-804-4497, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, D. Wesley Meehan, Esquire has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. D. Wesley Meehan, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to D. Wesley Meehan, Esquire at email address: wmeehan@foxrothschild.com.

WHEREFORE, Alex L. Braunstein, Esquire, moves this Court to enter an Order for D. Wesley Meehan, Esquire, to appear before this Court on behalf of Wattum Management, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to D. Wesley Meehan, Esquire.

Date: June 3, 2024                               Respectfully submitted,

   */s/ Alex L. Braunstein*
Alex L. Braunstein, Esquire
Florida Bar No. 98289
Email: abraunstein@foxrothschild.com
Fox Rothschild LLP
777 S. Flagler Drive, Suite 1700
West Palm Beach, FL 33401
Tel: (561) 804-4497

Attorneys for Wattum Management, Inc.