UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

    Defendants.

and

OKX a/k/a OKEx; an Binance Holdings Ltd.
a/k/a Binance

    Nominal Defendants
_____/

**<u>CERTIFICATION OF D. WESLEY MEEHAN, ESQUIRE</u>**

    D. Wesley Meehan, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Bars of Pennsylvania (Bar ID No.: 327704) and New Jersey (Bar ID No.: 321432020) as well as the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                      */s/ D. Wesley Meehan*

                                                      Daniel Wesley Meehan, Esquire