UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD., DENG JIE,
BAO CARL SHICUN and John Does 1-10

    Defendants.

and

OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a Binance

    Nominal Defendants.

## AGREED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT INCORPORATING STIPULATION

Nominal Defendant "OKX a/k/a OKEx" ("OKX," and with Plaintiff, "the Parties") submits this agreed motion for extension of time to respond to Complaint incorporating the Parties' stipulation as to certain matter regarding OKX's status as a nominal defendant and states:

1.    Plaintiff Wattum filed its Verified Complaint on March 18, 2024 (ECF No. 1) against Defendants Chengdu Chenxiyu Technology Co., Ltd. a/k/a Chengduchenxiyu Technology Co., Ltd. ("Chengdu"), Deng Ji, and Bao Carl Shicun asserting claims for Breach of Contract (Count I), Unjust Enrichment (Count II), Fraud (Count III), Conversion (Count IV), Civil Theft (Count V); Tortious Interference with Existing Contracts (Count VI), Tortious Interference with Advantageous Business Relationships (Count VII).

2. Wattum does not assert any affirmative claims or allegations of wrongdoing against Nominal Defendant OKX, but instead alleges that, *inter alia,* OKX is named in the Complaint because OKX: (1) maintains "possession, custody and control over the virtual wallets in which" a portion of the funds paid to Chengdu are held, and (2) Wattum asserts that OKX "requires a valid order of court" to release those funds to Wattum. ECF No. 1.

3. OKX waived service of process on May 14, 2024 (without waiving any defenses including challenges to the Court's jurisdiction over OKX), and the time for OKX to respond to the Complaint was extended to August 12, 2024. ECF Nos. 5, 6.

4. Counsel for OKX and Plaintiff have had several telephone calls, including on May 14, 2024, June 7, 2024, and August 8, 2024, to discuss OKX's nominal party status and designation and limited participation in this case pending the outcome of this Action, which discussions are ongoing.

5. In furtherance of the ongoing discussions, the Parties have now agreed that the time for OKX to respond to the Complaint should be extended to September 12, 2024.

6. Under Local Rule 7.1 undersigned counsel for OKX certifies that: he has conferred with Steven Swaney, principal counsel for OKX; Mr. Swaney and Ely Goldin, Esq., principal counsel for Wattum, have conferred; Plaintiff Wattum, through counsel, agrees to the relief requested in this motion. The undersigned thus is authorized to represent to the Court that Plaintiff agrees to the stipulation set forth above and to the relief requested in this motion.

WHEREFORE, Nominal Defendant OKX requests that this Court enter and order extending until September 12, 2024, the time for OKC to plead or otherwise defend in response to the Complaint in this action and providing for all other applicable relief.

Dated:  August 12, 2024

                By:   *s/Richard J. Sarafan*
                        Richard J. Sarafan
                        VENABLE LLP
                        801 Brickell Avenue, Suite 1500
                        Miami, FL 33131
                        rsarafan@venable.com
                        *Attorney for Aux Cayes FinTech Co. Ltd.*
                        *(named as Nominal Defendant OKX)*

161429135.1
161516987.1