UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-CV-21052-DPG

WATTUM MANAGEMENT, INC.,

      Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD., DENG JIE,
BAO CARL SHICUN and John Does 1-10

      Defendants.

and

OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a Binance

      Nominal Defendants.

_____

**ORDER GRANTING AGREED JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT INCORPORATING STIPULATION**

      THIS CAUSE, having come before the Court upon the Agreed Joint Motion for Extension of Time to Respond to Complaint Incorporating Stipulation (the "Motion") filed by Nominal Defendant OKX a/k/a OKEx ("OKX"), and the Court having reviewed the file and the pleadings, being informed that the relief sought therein is agreed, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

      1.    The Motion is **GRANTED**.

      2.    OKX shall have up to including September 12, 2024 to plead or otherwise respond to the Complaint.

      DONE AND ORDERED, in chambers at Miami, Florida, this ___ day of August, 2024.

 

                                                      _____
                                                       **HONORABLE DARRIN P. GAYLES**
                                                       UNITED STATES DISTRICT JUDGE