UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-CV-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiffs,

v.

CHENGDU CHENXIYU TECHNOLOGY CO., LTD. a/k/a CHENGDUCHENXIYU TECHNOLOGY CO., LTD., DENG JIE, BAO CARL SHICUN and John Does 1-10

    Defendants.

and

OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a Binance

    Nominal Defendants.

## ORDER

Upon consideration of Plaintiff Wattum Management, Inc. and Nominal Defendant OKX a/k/a OKEx ("OKX," and with Plaintiff, the "Parties") Stipulation Regarding OKX's Nominal Party Status, and the Parties' agreements therein, THE COURT HEREBY ORDERS AS FOLLOWS:

1. IT IS ORDERED that OKX is designated a nominal party;

2. IT IS FURTHER ORDERED that, as a nominal party, OKX will take no position on the merits of Plaintiff's claims against the Primary Defendants;

3. IT IS FURTHER ORDERED that Nominal Defendant OKX will provide, where practicable, reasonable notice of not less than seven (7) days (the "Notice Period") before releasing or transferring any funds that may be related to the alleged fraudulent activity described in the Complaint;

1

4. IT IS FURTHER ORDERED Nominal Defendant OKX is excused from appearance at future court hearings unless otherwise ordered;

5. IT IS FURTHER ORDERED that Nominal Defendant OKX's Answer to Plaintiff's Complaint is waived without penalty or prejudice;

6. IT IS FURTHER ORDERED that Nominal Defendant OKX reserves the right to object or otherwise seek relief from the Court on discovery matters directed to OKX under the Federal Rules of Civil Procedure and this Court's Local Rules;

7. IT IS FURTHER ORDERED that nothing in this Stipulated Order shall constitute or be construed to constitute a waiver by Nominal Defendant OKX of its right to oppose a request by any party to this action to seek relief of any kind from, or to obtain an order against, OKX;

8. IT IS FURTHER ORDERED that nothing in this Stipulated Order constitute or be construed to constitute an admission of any wrongdoing or liability by Nominal Defendant OKX or an admission of the truth of any allegations or the validity of any claim asserted in this case; and,

9. IT IS FURTHER ORDERED that nothing in this Stipulated Order shall constitute or be construed to constitute a concession, prohibition, or limitation on Plaintiff's claims or assertions against the Primary Defendants in this case.

DONE AND ORDERED, in chambers at Miami, Florida, this ___ day of September, 2024.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE