UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

    Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY
CO., LTD. a/k/a CHENGDUCHENXIYU
TECHNOLOGY CO., LTD, DENG JIE,
BAO CARL SHICUN and John Does 1-10

    Defendants.

and

OKX a/k/a OKEx; and
Binance Holdings Ltd. a/k/a
Binance

    Nominal Defendants
_____/

### AFFIDAVIT OF SERVICE ON BINANCE HOLDINGS LTD.

I, Alex Braunstein, pursuant to 28 U.S.C. § 1746, hereby make the following Affidavit of Service as follows:

1. I am a partner at the law firm of Fox Rothschild LLP, counsel for Wattum Management, Inc. ("Wattum"). I submit this Affidavit of Service on Nominal Defendant Binance Holdings Ltd. a/k/a Binance ("Binance").

2. Wattum's counsel engaged The Security Centre in order to effectuate service on Binance in the Cayman Islands. Pursuant to the Proof of Service attached hereto as Exhibit A, The Security Centre effectuated service of the Summons and Complaint on Binance on October 22, 2024 at Binance's headquarters at George Town, 23 Lime Tree Bay Ave, Cayman Islands.

166933636.3

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed: January 17, 2025        */s/ Alex Braunstein*
                                   Alex Braunstein