**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-cv-21052-GAYLES**

**WATTUM MANAGEMENT, INC.,**

Plaintiff,

v.

**CHENGDU CHENXIYU TECHNOLOGY, CO., LTD., a/k/a CHENGDUCHENXIYU TECHNOLOGY CO., LTD, DENG JIE, BAO CARL SHICUN, and John Does 1-10,**

Defendants,

and

**OXY a/k/a OKEx, and BINANCE HOLDINGS LTD., a/k/a BINANCE**

Nominal Defendants.

________________________________________/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Renewed Motion for Alternative Service Upon Defendants and Nominal Defendant Binance Holdings, Ltd. (the "Motion") [ECF No. 20]. The Court has reviewed the Motion and the record and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**;
2. Plaintiff may effectuate service of process on Defendants Chengdu Chenxiyu Technology Co., Ltd. a/k/a Chengduchenxiyu Technology Co., Ltd. and Deng Jie via

email to the email address xiaoxiaojun2019@gmail.com, via message to the WhatsApp account 8615992702367, via message to WeChat 8619980599845 and 8615992702367, and via OKX push notification;

3. Plaintiff may effectuate service of process on Defendant Bao Carl Shicun via email to the email address 542920035@qq.com, text message to the phone number +86 18205709029, and message to the Telegram account @payrollkill.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of May, 2025

.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE