# Exhibit 1

chinese to english

All Images Shopping Short videos Videos Forums Web ⋮ More

Chinese (Simplified) ⇄ English

呵呵
Hēhē

hehe

Open in Google Translate

People also ask

What does WǑ XIĀNG NǏ mean in English?

Is Google Translate 100% right?

What does shi mean in Chinese to English?

How do I translate a document to English?

Google Translate
https://translate.google.com

**Google Translate**

Google's service, offered free of charge, instantly translates words, phrases, and web pages English and over 100 other languages.

DeepL Translate
https://www.deepl.com › translator

**Translate from Chinese to English with DeepL**

Translate texts & files instantly from Chinese to English with the world's most accurate tran Millions translate with DeepL every day.

What people are saying



650 units jpro+ — 2025/05/08 — CXY...

Carllllllll — 2025/05/08 — Pursuant to the attached Order...

E2M daily quote — 2024/03/11 — 星辰之钥@Lily: Easy2Mine 11th...

Wattum Case Law... — 2023/10/18 — @Pepper Ok, I will coordinate wi...

immersion units |... — 2023/10/04 — YAOxianjun: Is it urgent? We are...

WeChat Team — 2023/09/23 — [Link] Notice

Xingjia&Wattum — 2023/09/22 — X-ON Michael: [Photo]

Wattum case — 2023/08/08 — Carllllllll: i respond everything n...

wattum case — 2023/07/07 — Arseniy G: Working with him no...

Pepper — 2023/07/02 — Thank you! I've asked Carl to re...

May 8, 2025 01:20

CXYminer-Jay

这不是我的钱包地址

This is not my wallet address.
Translated by Weixin

CXYminer-Jay

我的钱包没解封

My wallet's not unsealed.
Translated by Weixin

CXYminer-Jay

我不清楚你们为什么封这两个钱包，你们要封就继续封着，这不是我的钱包

I don't know why you sealed the wallets. If you want to seal them, keep them sealed. They're not my wallets.
Translated by Weixin

Yesterday 19:32

D.E. 23 Order Granting Alt Service-C.pdf
175.5KB

Wattum v. Chengdu et al - Svs Packet-C.pdf
1.16MB

Pursuant to the attached Order dated May 8, 2025, we are serving you with the Summons and Complaint filed in the United States District Court for the Southern District of Florida. This communication constitutes service of process as permitted by Order of Court. You should provide this notice to your attorney at once. If you do not respond to the Complaint within the time frame established by law and/or applicable rules of civil procedure, a default and/or a default judgment may be taken against you.

Yesterday 23:08

CXYminer-Jay

呵呵