**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-21052-DPG

WATTUM MANAGEMENT, INC.,

Plaintiff,

v.

CHENGDU CHENXIYU TECHNOLOGY CO., LTD. a/k/a CHENGDUCHENXIYU TECHNOLOGY CO., LTD, DENG JIE, BAO CARL SHICUN and John Does 1-10

Defendants.

and

OKX a/k/a OKEx; and Binance Holdings Ltd. a/k/a Binance

Nominal Defendants
_____________________________________/

**ORDER GRANTING PLAINTIFF WATTUM MANAGEMENT, INC.'S MOTION FOR FINAL DEFAULT JUDGMENT**

THIS CAUSE came before the Court upon Plaintiff Wattum Management, Inc.'s Motion for Final Default Judgment against Defendants Chengdu, Bao Carl Shicon, and Deng Jie (the "Motion"). [ECF No. 40]. The Court has reviewed the Motion and the record and is otherwise fully advised.

On March 18, 2024, Plaintiff filed this action against Defendants Chengdu Chenxiyu Technology Co., Ltd. a/k/a Chengduchenxiyu Technology Co., Ltd., Deng Jie, Bao Carl Shicun (collectively the "Defendants") and John Does 1-10, alleging claims for Breach of Contract (Count I), Unjust Enrichment (Count II), Fraud (Count III), Conversion (Count IV), Civil Theft (Count V), Tortious Interference with Existing Contracts (Count VI), and Tortious Interference [with]

Advantageous Business Relationships (Count VII). [ECF No. 1]. On May 8, 2025, the Court authorized Plaintiff to serve Defendants via alternate service. [ECF No. 23]. On July 14, 2025, Plaintiff served the Defendants via their Telegram, WeChat, and WhatsApp accounts. [ECF Nos. 28, 29, 30]. Defendants failed to timely answer or otherwise respond to the Complaint. On July 15, 2025, the Clerk entered a default as to each of the Defendants. [ECF No. 35].

As a result of Defendants' failure to appear or respond to the Complaint, the Court accepts as true Plaintiff's claims for Breach of Contract, Unjust Enrichment,[1] Fraud, Conversion, Civil Theft, Tortious Interference with Existing Contracts, and Tortious Interference [with] Advantageous Business Relationships. Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Wattum Management, Inc.'s Motion for Final Default Judgment against Defendants Chengdu, Bao Carl Shicon, and Deng Jie, [ECF No. 40], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately;

2. On or before August 10, 2025, Plaintiff shall serve John Does 1-10 with the Complaint or file a notice of voluntary dismissal as to those defendants;

3. This case is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of July, 2025.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

[1] Plaintiff cannot recover for both breach of contract and unjust enrichment. "It is well settled in Florida that unjust enrichment is an equitable remedy and is, therefore, not available where there is an adequate legal remedy." *Vazquez v. Gen. Motors, LLC*, No. 17-civ-22209, 2018 WL 447644, at *7 (S.D. Fla. Jan. 16, 2018) (internal quotation omitted); Accordingly, the Court dismisses Plaintiff's claim for unjust enrichment (Count II).