**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:24-cv-21052-GAYLES**

**WATTUM MANAGEMENT, INC.,**

**Plaintiff,**

**v.**

**CHENGDU CHENXIYU TECHNOLOGY CO., LTD. a/k/a CHENGDUCHENXIYU TECHNOLOGY CO., LTD, DENG JIE, BAO CARL SHICUN and John Does 1-10**

**Defendants.**

**and**

**OKX a/k/a OKEx; and Binance Holdings Ltd. a/k/a Binance**

**Nominal Defendants**
______________________________________/

## FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Wattum Management, Inc.'s Motion for Final Default Judgment against Defendants Chengdu, Bao Carl Shicon, and Deng Jie. [ECF No. 40]. The Court granted the Motion in a separate Order. [ECF No. 41]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate default final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Default Judgment is entered in favor of Plaintiff Wattum Management Inc. ("Plaintiff") and against Defendants Chenxiyu Technology Co., Ltd. a/k/a Chengduchenxiyu Technology Co., Ltd., Bao Carl Shicun, and Deng Jie ("Jay"), and Bao Carl Shicun (collectively "Defendants"), jointly and severally, as follows:

2. On Count I of the Complaint (Breach of Contract), Plaintiff is awarded compensatory damages in the amount of $644,800, together with pre-judgment interest in the amount of $124,296.63; on Count V of the Complaint (Civil Theft), Plaintiff is awarded treble damages in the amount to $1,934,400, together with reasonable counsel fees and costs of $154,746.52; and on Count III (Fraud), IV (Conversion), VI (Tortious Interference with Existing Contract) and VII (Tortious Interference with Advantageous Business Relationships), Plaintiff is awarded compensatory damages in the amount of $3,117,351.00, for a total amount of **$5,975,592.15** against each Defendant, for which let execution issue.

3. The Court retains jurisdiction to enforce this Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of July, 2025.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE