**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:24-cv-21052**

WATTUM MANAGEMENT, INC.,

*Plaintiff*,

v.,

CHENGDU CHENXIYU TECHNOLOGY CO. LTD. *et al.*,

Defendants,

_____________________________________/

**NON-PARTY BINANCE HOLDINGS LTD.'S NOTICE OF FILING ITS PREVIOUSLY SERVED VOLUNTARY RESPONSE TO WATTUM MANAGEMENT, INC.'S WRIT OF GARNISHMENT**

Non-Party Binance Holdings Ltd. ("BHL") provides notice that on October 8, 2025 its served its Voluntary Response to Plaintiff Wattum Management, Inc.'s Writ of Garnishment, which BHL received on September 10, 2025.

As noted therein, BHL objects to the Writ on the grounds that BHL is not subject to personal jurisdiction.

Dated: October 19, 2025

By: s/ Aaron S. Weiss
Aaron S. Weiss (FBN 48813)
Email: aweiss@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: (305) 530-0050

*Attorney for Binance Holdings Ltd.*