# EXHIBIT 1

**From:** Swaney, Steven E. <SESwaney@Venable.com>
**Sent:** Monday, May 13, 2024 4:54 PM
**To:** Braunstein, Alex L. <ABraunstein@foxrothschild.com>
**Subject:** [EXT] Wattum v. Chengdu

Alex:

My firm has been retained by OKX in connection with the above-captioned lawsuit. Do you have some time for a call this week to discuss a few matters? Let me know if there are some open days/times on your calendar. FYI, I'm in San Francisco, so on Pacific Time.

Thanks.

**Steven E. Swaney | Venable LLP**
**t** 415.653.3722 **| f** 415.653.3755 **| m** 202.302.8922
101 California Street, Suite 3800, San Francisco, CA 94111

SESwaney@Venable.com **|** www.Venable.com

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************