# EXHIBIT 2

**From:** Swaney, Steven E.
**To:** Goldin, Ely
**Cc:** Braunstein, Alex L.; Meehan, Wesley
**Subject:** [EXT] RE: Wattum v. Chengdu, et al.
**Date:** Tuesday, May 14, 2024 3:21:12 PM
**Attachments:** Waiver of the Service of Summons (Wattum).pdf

---

Ely:

Thanks for the call. OKX will waive service of the summons under FRCP 4(d). Attached is an executed form, which you have my authority to file. As discussed, please remove any argument from your motion for alternative means of service that OKX is subject to service in the US or UK. If you wouldn't mind sending me a file endorsed copy once filed, I would appreciate it.

I will be back in touch with you soon regarding the stipulation we discussed. Thanks very much.

**Steven E. Swaney | Venable LLP**
**t** 415.653.3722 **| f** 415.653.3755 **| m** 202.302.8922

---

**From:** Goldin, Ely
**Sent:** Tuesday, May 14, 2024 11:27 AM
**To:** Swaney, Steven E.
**Cc:** Braunstein, Alex L. ; Meehan, Wesley
**Subject:** RE: Wattum v. Chengdu, et al.
**Caution: External Email**

All good. Will join at 2:35 Eastern

**Ely Goldin**
Partner
980 Jolly Road
Suite 110
Blue Bell, PA 19422
(610) 397-6509
(215) 518-1080
(610) 397-0450
egoldin@foxrothschild.com

**Learn about our new brand.**

---

**From:** Swaney, Steven E.
**Sent:** May 14, 2024 2:21 PM
**To:** Goldin, Ely
**Cc:** Braunstein, Alex L. ; Meehan, Wesley
**Subject:** [EXT] RE: Wattum v. Chengdu, et al.

Might be 5 min late. Sorry.