# EXHIBIT 3

**From:** Swaney, Steven E. <SESwaney@Venable.com>
**Sent:** Tuesday, May 20, 2025 11:36 AM
**To:** Goldin, Ely <EGoldin@foxrothschild.com>
**Cc:** Meehan, Wesley <wmeehan@foxrothschild.com>; Braunstein, Alex L. <ABraunstein@foxrothschild.com>
**Subject:** [EXT] RE: Wattum v. Chengdu, et al

Ely:

Regarding the "push notification," we assume that means an in-app message sent to the user through the OKX mobile application. Assuming that is correct, OKX does not have the ability to attach PDFs to an in-app message. Do you read the order to require that this be done to effectuate service, or only that "push notification" is one method of alternative service that would be acceptable?

**Steven E. Swaney | Venable LLP**
t 415.653.3722 | f 415.653.3755 | m 202.302.8922

**From:** Goldin, Ely <EGoldin@foxrothschild.com>
**Sent:** Tuesday, May 20, 2025 7:15 AM
**To:** Swaney, Steven E. <SESwaney@Venable.com>
**Cc:** Meehan, Wesley <wmeehan@foxrothschild.com>; Braunstein, Alex L. <ABraunstein@foxrothschild.com>
**Subject:** RE: Wattum v. Chengdu, et al

**Caution: External Email**

---

Steven,

I hope you are well.

A friendly follow up to determine whether OKX can/will accommodate the request below.

Very truly yours,

Ely

**Ely Goldin**
Partner

980 Jolly Road
Suite 110
Blue Bell, PA 19422
(610) 397-6509
(215) 518-1080
(610) 397-0450
egoldin@foxrothschild.com

**Learn about our new brand.**

**From:** Goldin, Ely <EGoldin@foxrothschild.com>
**Sent:** Thursday, May 8, 2025 3:03 PM
**To:** Swaney, Steven E. <SESwaney@Venable.com>
**Cc:** Meehan, Wesley <wmeehan@foxrothschild.com>; Braunstein, Alex L. <ABraunstein@foxrothschild.com>
**Subject:** RE: Wattum v. Chengdu, et al

Steven,

Today, the Court granted our motion for alternative service.

Can you request that OKX push through the attached documents to the Foreign Defendants through whatever channel or portal is available?

And if someone could send us a screenshot confirmation, we will prepare and file a proof of service.

If you have any questions, please do not hesitate to contact me.

Ely

**Ely Goldin**
Partner

980 Jolly Road
Suite 110
Blue Bell, PA 19422

☐ (610) 397-6509
☐ (215) 518-1080
☐ (610) 397-0450
☐ egoldin@foxrothschild.com

**Learn about our new brand.**

**From:** Swaney, Steven E. <SESwaney@Venable.com>
**Sent:** Wednesday, March 5, 2025 12:05 PM
**To:** Goldin, Ely <EGoldin@foxrothschild.com>
**Cc:** Meehan, Wesley <wmeehan@foxrothschild.com>; Braunstein, Alex L. <ABraunstein@foxrothschild.com>
**Subject:** [EXT] RE: Wattum v. Chengdu, et al

Ely:

OKX can contact customers thought push notification (if the customer is logged in) or email/text based on information provided at account registration.

**Steven E. Swaney** | **Venable LLP**
**t** 415.653.3722 | **f** 415.653.3755 | **m** 202.302.8922

**From:** Goldin, Ely <EGoldin@foxrothschild.com>
**Sent:** Wednesday, February 26, 2025 5:53 AM
**To:** Swaney, Steven E. <SESwaney@Venable.com>
**Cc:** Meehan, Wesley <wmeehan@foxrothschild.com>; Braunstein, Alex L. <ABraunstein@foxrothschild.com>
**Subject:** RE: Wattum v. Chengdu, et al

**Caution: External Email**

Steven,

I am reaching out about the Chengdu matter.

By early next week, Wattum intends to file a renewed motion for alternative service and, thereafter, take action to bring this case to conclusion.

Wattum would like to know whether from a technological standpoint, OKX is able to send an electronic message or notification to the "owner" (for lack of a better term) of the wallet(s) on the OKX platform?

Can you check with OKX whether its technology/platform is able to send a message to the account/wallet holder?

Most likely, I am not using the exact terminology but I'm sure you get the gist.

Many thanks in advance.

Ely

**Ely Goldin**
Partner

980 Jolly Road
Suite 110
Blue Bell, PA 19422

(610) 397-6509
(215) 518-1080
(610) 397-0450
egoldin@foxrothschild.com

**Learn about our new brand.**