# EXHIBIT 4

**From:** Swaney, Steven E.
**To:** Goldin, Ely
**Cc:** Meehan, Wesley; Braunstein, Alex L.
**Subject:** [EXT] RE: Wattum v. Chengdu, et al
**Date:** Thursday, September 18, 2025 6:27:27 PM
**Attachments:** image001.png
image004.png
image005.png
image007.png

---

Acknowledging receipt. Will revert shortly.

Steven E. Swaney | Venable LLP
t 415.653.3722 | f 415.653.3755 | m 202.302.8922

---

**From:** Goldin, Ely <EGoldin@foxrothschild.com>
**Sent:** Thursday, September 18, 2025 2:00 PM
**To:** Swaney, Steven E. <SESwaney@Venable.com>
**Cc:** Meehan, Wesley <wmeehan@foxrothschild.com>; Braunstein, Alex L. <ABraunstein@foxrothschild.com>
**Subject:** RE: Wattum v. Chengdu, et al

**Caution: External Email**

---

Hello Steven,

As you know, we represent Wattum Management, Inc. with respect to the above-referenced matter.

Attached please find the judgment entered by the court in Wattum's favor and against the Foreign Defendants.

Also attached is a Writ of Garnishment directed to OKX. Can you kindly confirm that OKX will honor this in lieu of more formal service as discussed?

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Ely

Ely Goldin
Partner

Fox Rothschild LLP
Blue Bell
(610) 397-6509
egoldin@foxrothschild.com