# EXHIBIT 5

**From:** Goldin, Ely
**To:** Swaney, Steven E.
**Cc:** Meehan, Wesley; Braunstein, Alex L.
**Subject:** RE: Wattum v. Chengdu, et al
**Date:** Tuesday, September 30, 2025 10:48:39 AM
**Attachments:** image001.png
image002.png
image003.png
image005.png

---

Steven,

I hope all is well.

I have client call later today.

Are you a position to provide any informal feedback on the below?

Perhaps a call?

Ely

Ely Goldin
Partner
Fox Rothschild LLP
Blue Bell
(610) 397-6509
egoldin@foxrothschild.com